UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTINA l. HEAVISIDE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:05CV2343 CDP |
| | ) | |
| RENTAL SERVICES CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

Judgment was previously entered in defendant Rental Services Corporation's favor following a jury trial. Rental Services Corporation has now filed a motion for a bill of costs seeking $5,386.74 under 28 U.S.C. § 1920, but the supporting evidence only establishes costs of $5,116.74. This amount represents fees paid to the Clerk of the Court in the amount of $83.33 and court reporter fees in the amount of $5033.41. Defendant's bill of costs incorrectly requests court reporter fees in the amount of $5,303.41, but the receipts submitted total $5,033.41, which appears to be a typographical error. Plaintiff Christina Heaviside has not filed any objections to this motion and her time to do so has passed.

Accordingly,

**IT IS HEREBY ORDERED** that defendant Rental Services Corporation's motion for bill of costs [#123] is granted.

**IT IS FURTHER ORDERED** that the Clerk shall tax allowable costs in the

amount of $5,116.74.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 14th day of November, 2007.